# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00015-SBP

BRANDON WALTON,

 Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ALEXANDER JAMSA, and CASEY MEYER

 Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

 Omar J. Famada, Assistant City Attorney for the Denver City Attorney's Office, enters his appearance as counsel of record on behalf of Defendants, City and County of Denver, Alexander Jamsa, and Casey Meyer.

 DATED this 4th day of March, 2025.

            Respectfully submitted,

            *s/ Omar J. Famada*
            Omar J. Famada
            Assistant City Attorney
            Denver City Attorney's Office
            Civil Litigation Section
            201 West Colfax Ave., Dept. 1108
            Denver, Colorado 80202
            Telephone: (720) 913-3100
            Facsimile: (720) 913-3155
            omar.famada@denvergov.org
            *Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on this 4th day of March 2025, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system and emailed a true and accurate copy of the same to the following:

Raymond K. Bryant, Esq.
CIVIL RIGHTS LITIGATION GROUP
raymond@rightslitigation.com
*Attorney for Plaintiff*

                                             *s/ Courtnee D. Lewis*
                                             Denver City Attorney's Office